No. 7, Misc. JONES *v.* TEXAS. Court of Criminal Appeals of Texas. Certiorari denied. *Frank C. Biggs* for petitioner. *John Ben Shepperd,* Attorney General of Texas, and *Horace Wimberly,* Assistant Attorney General, for respondent.

No. 10, Misc. DEWEESE *v.* ILLINOIS. Supreme Court of Illinois. Certiorari denied.

No. 12, Misc. FLOWERS *v.* ILLINOIS. Supreme Court of Illinois. Certiorari denied.

No. 15, Misc. NEAL *v.* RANDOLPH, WARDEN. Circuit Court of Randolph County, Illinois. Certiorari denied.

No. 16, Misc. MEINER *v.* RAGEN, WARDEN. Circuit Court of Will County, Illinois. Certiorari denied.

No. 18, Misc. REHAK *v.* KEENAN, SUPERINTENDENT, ALLEGHENY COUNTY WORKHOUSE, ET AL. Supreme Court of Pennsylvania, Western District. Certiorari denied.

No. 20, Misc. MAHURIN *v.* MISSOURI. Supreme Court of Missouri. Certiorari denied.

No. 21, Misc. MARTIN *v.* SKEEN, WARDEN. Supreme Court of Appeals of West Virginia. Certiorari denied.

No. 22, Misc. SHAMERY *v.* ILLINOIS. Supreme Court of Illinois. Certiorari denied.